

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Oscar Molinar,                             \* From the 238th District Court
                                               of Midland County,
                                               Trial Court No. DCV-25-00102.

No. 11-25-00067-CV                    \* October 30, 2025

Mulholland Energy Services, LLC;      \* Memorandum Opinion by Bailey, C.J.
Mulholland Employee Holdings, LLC;       (Panel consists of: Bailey, C.J.,
and Mulholland Services Holdco, Inc.       Trotter, J., and Williams, J.)

This court has considered Oscar Molinar's agreed request to dismiss this appeal and concludes that the agreed motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Oscar Molinar.